

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00334-CV

Paulette **BARIBEAU**,
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due November 1, 2018; however, the court granted an extension of time until December 3, 2018. Appellant has filed an unopposed second motion for extension of time to file the brief.

We **grant the motion** and **order** appellant's brief due January 3, 2018. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court